

# Fourth Court of Appeals
## San Antonio, Texas

October 15, 2013

No. 04-06-00624-CV

**IN RE** Miguel **ALVAREZ**

Original Mandamus Proceeding[1]

**ORDER**

On October 10, 2013, relator filed a motion to re-open this mandamus proceeding. This court has determined that we do not have jurisdiction over this request. Relator's request is DISMISSED FOR LACK OF JURISDICTION.

It is so **ORDERED** on October 15th, 2013.                PER CURIAM

ATTESTED TO: _____

Keith E. Hottle
Clerk of Court



---

[1] This proceeding arises out of Cause No. 2004-CR-2389, styled *State of Texas v. Miguel Alvarez*, filed in the 399th Judicial District Court, Bexar County, Texas, the Honorable Juanita A. Vasquez-Gardner presiding.